```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Jodi Garcia
```



FILED
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 07-341 FCD |
|         Plaintiff, | 07-397 FCD |
|     v. | STIPULATION AND ~~PROPOSED~~ ORDER |
| Jodi Garcia, | |
|         Defendant. | |

Defendant Jodi Garcia, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the restitution amount determined by the probation officer in the memorandum filed herewith is correct. The probation officer contacted all victims, collected all the relevant information and calculated the total amount of restitution owed in this case. The memorandum prepared by the probation officer sets out the victims and the amount owed to each. The total amount of restitution is calculated to be $11,532.75, which should imposed as follows:

//
//
//
//

**Case 07-341**
```
        Jodi Garcia (alone)              3,050.47

   Jointly and Severally with:
        Tanya Wellman                    1,571.85
        Tiffany Sabral                     832.50
        Heather Wilson                   1,700.34
TOTAL                                   $7,155.16
```

**Case 07-397**
```
        Jodi Garcia (alone)                600.59

   Jointly and Severally with:
        Melissa Meier                    3,777.00
TOTAL                                   $4,377.59
```

The grand total of restitution for Ms. Garcia for both cases is $11,532.75.

DATED: May 2, 2008

        /s/ Krista Hart
Attorney for Defendant
Jodi Garcia

DATED: May 2, 2008      McGREGOR SCOTT
United States Attorney

        /s/ Michelle Rodriguez
Assistant U.S. Attorney
(By Krista Hart per e-mail)

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 5, 2008

The Honorable Frank C. Damrell, Jr.
United States District Court Judge